**Dennis STONEMAN, Plaintiff–Appellant,**

v.

**Nurse RANSEN; Sergeant Stokes; Monique Epperson, Defendants–Appellees.**

No. 01–8068.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Dennis Stoneman, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dennis Stoneman appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2001) action without prejudice for failure to pay a partial filing fee. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stoneman v. Ransen,* No. CA–01–557 (E.D.Va. Nov. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*